IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Eazs A. Harper,
        Plaintiff

v.

Hart, et al.,
        Defendants,

Case #24-cv-1157

Civil action #3:24-cv-01157 DWD

Judge: David W. Dugan

Motion To Amend Complaint for /Damages, Preliminary
Injunction and Temporary Restraining Order Relief

I. Introduction

1) This is a ss/1983 action filed by Plaintiff Eazs A Harper, a state Prisoner, alleging violation of his Eighth Amendment Constitutional rights, to be free from Cruel and unusual Punishment alleged violation states Prison officials violated his Constitutional rights, Due by Eighth Amendment excessive force, were Plaintiff was brutally Assault by Prison Gaurds, on April 3, 2024 (Plaintiff seek's injunctive Relief And Money Damages).

2). Plaintiff also states Prison official violated his Constitutional rights to receive medical care, violate Plaintiff Eighth Amendment rights Due by Deliberate Indifference, were Prison officials dening and depriving Plaintiff medical care for injuries sustain doing the brutal Assault by prison official that cause the damages to plaintiff Head, Eye's, Right & Left hand, Right Elbow, Right hip, Right Knee, & Back Injury, that left Plaintiff to suffer serious pain from his injuries sustain from the brutal Assault on April 3, 2024 causeing (Physically and Emotionally And Mentally damages) (Plaintiff seek's injunctive Relief and Money Damages).

3). Plaintiff state prison official violated his Constitutional rights, Due by Eighth Amendment Cruel and unusual punishment, were Prison officials denied/depriving Plaintiff of food, Showers, access to medical Care, and mail/grievances from April 3, 2024 to present.

(Plaintiff seeks injunctive relief and Money damages).

4). Plaintiff state prison official violated his Constitutional Right, Due by First Amendment Retaliation Act's were Plaintiff suffer from retaliation act's of prison official's excessive force were he was brutally Assault & maced by prison officials while handcuffed behind his back cuffed to A black cage gate, on April 3, 2024, denied and depriving of medical treatment for injuries And to be seen After use of force use of chemical Mace, used on Plaintiff of April 3, 2024, to present, and denied and depriving Plaintiff of his food, Showers, Mail/grievance filing and property paper aper's of April 3, 2024 to present All in retaliation for Plaintiff Lawsuit Against Menard Correctional Center Prison Staff from 2020.

(Plaintiff seeks injunctive relief and money damages).

5) Plaintiff state prison official violated his Constitutional due by Eighth Amendment Cruel and unusual punishment, when the prison officials "Failed to protect", harper from unwanted pain where other prison official violently Beat harper mace harper while he was naked & handcuff behind his back And cuffed to A black gate, "Failuer to prevent brutal Assault on Plaintiff as the prison official stood by And watch harper be violently beating by other prison official after they heard the other prison official state that they were about to cause bodily harm to plaintiff, "Failuer to intervene" and stop the "brutal Assault" on Plaintiff in a timely Manner. As the official did nothing As the other prison official beat & mace harper.

(Plaintiff Seeks injunctive relief and Money damages).

## (II. Jurisdiction + Venue):

1). This is a civil action authorized by 42. U.S.C. Section 1983 to redress the deprivation, under Color of State Law, of right secured by the Constitution of the United States, This court has jurisdiction under 28 U.S.C. section 2201 and 2202. Plaintiff Claims for injunctive relief are authorized by 28 U.S.C. section 2283 and 2284 and Rule 65 of the Federal rules of Civil Procedures.

### (A- Venue):

2). The Southern District of Illinois an appropriate venue under 28 U.S.C. Section 1391 (b)-(2). because it is where the events giving rise to this claim occurred.

### (B- Plaintiff):

3). Plaintiff Eazs A. Harper #ID. No. B-83567, is and was at all times herein a prisoner of the state of Illinois in the Custody of the Illinois Department of Corrections, Plaintiff is Currently Confined in Illinois state prison, of (IDOC)-(M.C.C). Menard Correctional Center.

## (III. Defendants):

U. Defendant, Anothony Wills, is the Chief Administrative Officer/Warden, of (IDOC) Menard Correctional Center, he is legally responsible for overseen the overall operation of the facility, the duties, set forth Supervision and protection of its offenders, assigned to this institution, as well as the supervision of staff members as well as ensuring compliance with all departmental directives and rules, set forth therein the (Policies, Regulations and Procedures). Which state Prison officials, (Duties and Training.) and responsiblities for the operation of (IDOC) Menard Correctional Center and for the welfare of all the offenders/Inmates in thel prison.

The defendant, Anathony Wills, is sued in his individually and in his official capacity At all times Mentioned in this complaint defendant acted under the color of state Law.

2). Defendant, Hart Zachary, is a correctional officer of (Illinois Department of Correction) at menard Correctional Center, Who at all times Mentioned in this Complaint, held the rank of a (Correctional officer) at (IDOC) menard Correctional Center, While employeed by (IDOC) and was assigned to (IDOC) menard Correctional Center.

The defendant, Zachary Hart, is sued in his individually Capacity. At All time mentioned in the Complaint defendant acted under the color of state Law.

3). Defendant, Quinton Bent, is a correctional officer of (Illinois Department of correction) at menard correctional center, Who at all times mentioned in this Complaint, held the rank of a (Correctional officer) at (IDoc) menard Correctional Center, While employeed by (IDoc) and was assigned to (IDoc) menard Correctional Center.

The defendant Quinton Bent, is sued in his individually Capacity. At All time mentioned in the Complaint defendant acted under the color of state Law.

4). Defendant, Morgan Giacomo, is a medical Nurse of (Illinois Department of Correction) at Menard Correctional center, Who at the time relevant been a (Medical Nurse) at (IDoc) of menard Correctional center. While employeed by (IDoc) and was assigned to (IDoc) menard Correctional Center.

The defendant, Morgan Giacomo, is sued in her individually capacity. At All times mentioned in this complaint defendant, acted under the color of state Law.

5). Defendant, Huston.___, is a correctional officer of (Illinois Department of correction) at menard Correctional Center, who at all times mentioned in this complaint, held the rank of a (coorrectional-officer) at (IDOC) Menard Correctional Center, While employeed by (IDOC) and was assigned to (IDoc) menard Correctional Center.

The defendant, ___ Huston, is sued in his individually Capacity. At All times mentioned in-

the complaint defendant acted under the color of State Law.

6). Defendant, David Garica, is a correctional officer of (Illinois Department of Correction) at menard correctional Center, who at all times mentioned in this complaint, held the rank of a (correctional officer at (IDOC) menard Correctional Center, while employeed by (IDOC) and was assigned to (IDOC) menard Correctional Center.

The defendant, David Garica, is sued in his individually Capscity. At All times mentioned in the complaint defendant acted under the color of state law.

7). Defendant, ___ Koronado, is a correctional officer of (Illinois Department of Correction) at menard correctional Center, who at all times mentioned in this complaint, held the rank of a (correctional officer). at (IDOC) menard Correctional Center, While employeed by (IDOC) and was assigned to (IDOC) menard correctional Center.

The defendant, ___ Koronado, is a correctional officer sued in his individually Capacity. At All times mentioned in the complaint defendant acted under the color of state Law.

8). Defendant, ___ Koronado, is a correctional officer of (Illinois Department of Correction) at menard correctional Center, who at all times mentioned in this complaint, held the rank of a (correctional officer). at (IDOC) menard Correctional Center, while employeed by (IDOC) and was assigned to (IDOC) menard Correctional Center.

The defendant, ___ Koronado, is sued in his individually Capacity. At All times mentioned in the complaint defendant acted under the color of state law.

9). Defendant, Kitchen ___, is a correctional officer of (Illinois Department of Correction) at menard Correctional Center, who at all times mentioned in this complaint, held the rank of a (correctional officer). at (IDOC) menard Correctional Center, While employeed by (IDOC) and was assigned to (IDOC) menard Correctional Center.

The defendant, ___ Kitchen, is sued in his individually capacity. At All times mentioned in the Complaint

this complaint defendant acted under the color of state law.
~~defendant acted under the color of state law.~~

10). Defendant, ___ Knight, is a correctional officer of (Illinois Department of correction) at Menard Correctional Center, who at all times mentioned in this complaint, held the rank of a (correctional officer) at (IDOC) Menard Correctional Center. While employeed by (IDOC) and was assigned to (IDOC) Menard Correctional Center.

The defendant, ___ Knight, is sued in his individually Capacity, at all times mentioned in the complaint defendant acted under the color of state Law.


## (IV. PREVIOUS LAWSUITS):

1). Previous lawsuits filed, by Plaintiff Pro se, (Eazs Harper vs. usA, et al Defendant(s)); (2) (Eazs Harper vs Jeffrey, et al Defendant(s)); (3) (Eazs Harper vs. Hart, et al Defendant(s)):

2). Court's lawsuit filed in, (Harper vs usA,) - (Federal court) of (middle district of Pennsylvania): (2). (Harper vs Jeffrey) - (State court) of (Southern District of Illinois): (3). (Harper vs Hart) - (State court) of (Southern District of Illinois):

(3). Docket Number, / case No. (Harper vs. usA) - (3:12-cv-1292): (2). (Harper vs. Jeffrey) - (3:23-cv-00912): (3). (Harper vs. Hart) - (3:24-cv-01157):

4). Judge assigned to cases: (Harper vs. usA) - (Mannian, J): (2). (Harper vs. Jeffrey) - (McGlynn, S) (3). (Harper vs. Hart) - (Dugan, D)

5). Case Type: (civil rights action) in All 3-cases (Harper vs. usA) - (Harper vs Jeffrey) - (Harper vs Hart).

6). Disposition of case, (Harper vs usA) - (settled out in court) (2)(Harper vs Jeffrey) - (pending out come) -

Attached Names of other Defendants
Continued from Page # 6.

11) Defendant — Hagein is a correctional officer of (Illinois Department of correction) at menard Correcti Center, who at all times mentioned in this complaint, held the rank of a (Correctional Officer) at (IDOC) mena Correctional center, while employeed by (IDOC) and was assigned to (IDOC) menard Correctional Center.

The defendant. — Hagein, is sued in his individually Capacity. at all times mentioned in the complaint defendant acted under the color of state law.

12). Defendant — sgt. John Doe ____, is a      of (Illinois Department of correction) at menard Correctional Center, who at all times mentioned in this complaint, held the rank of a ( ), at (IDOC) menard correctional Center, while employeed by (IDOC) and was assigned to (ID menard Correctional Center,

The defendant, sgt. Lt John Doe, is sued in his individually Capacity. at all times mentioned in the complaint defendant acted under the color of state law.

(3)(Harper us. Hart) - pending out come).

7). Approximate date suit was filed: (1)(Harper us. USA) date filed don't recall, year filled - (2010 - 2011),
(2). (Harper vs Jeffrey) date filed (2/20/23).  (3)(Harper vs Hart) date filed (4-30-24).

8). Disposition of cases was Approximately settled out date: (Harper us. usa) date don't recall, (year 2018)
(2)(Harper us. Jeffery) - (pending out come) (3). (Harper vs Hart) - (pending out come).

9). Case: settled in court on (Harper vs usa), (2)(Harper vs Jeffery) - (Pending out come) (3). (Harper vs -
Hart). (pending out come).

## ( V. Exhaustion of All AvaLABLE Remedies):
### As To The Grievance Procedures:

1). Plaintiff has fully exhausted all available administrative remedies, as required by the grievance
Procedures, before filing this complaint.

2). Plaintiff received No-favorable replies, nor was Any thing done to change or correct the actions
of ways of such Policies in which this complaint has been brought under the harsh ect's of IDOC -
menard prison staff has adopted to carry out by in violation of said Policies and Regulation in which
this complaint is brought under.

3). See All Attached Grievances filed from the time a grievance was giving til the final stage which grievance
# of K-4-0424-1734

(VI. Factual Statement / Statement of Clams):

1). On the date of April 3. 2024 Plaintiff was transferred from Lawrence Correctional Center to Menard Correctional Center, on arriveing at menard Correctional Center Plaintiff was taken to a caged area off of 5-Gallery where the following Correctional officer, C/o Bent, C/o Hart, C/o Koranado, C/o koronado C/o Huston, C/o Hagsin, c/o kitchen, C/o R. Garica, c/o knight, c/o sgt._____, Nurse Morgan, were awaiting to strip search Plaintiff and Two other inmates that transferred with Plaintiff to M.C.C. on April 3. 24.

(2) Once Plaintiff was taken to a glass door holding room Plaintiff was approached by C/o Q. Bent, and C/o Hart, whom Hart asked Plaintiff if he remember him from Lawrance C.C. & if Plaintiff is the harper that Koronado and Garica (c/o's) were speaking on that filed A lawsuit against his brother and cousin Lance Koronado, while Plaintiff was being stripped naket before Plaintiff replyed he was told to face the c/o Put his hands behind his back then was spray with oc/Gas-Mace while Hart and Bent Both sprayed Plaintiff And cuff him to a black gate.

(3) while Plaintiff was cuff in melt hand cuff behind his back and hand cuff to A black gate hart, and C/o Bent told Plaintiff to face them and Both open two can's of o/c-Gas-mace on Plaintiff spraying him in his face & full body when Plaintiff try to bend away from the attack with mace he was sprayed in his butt hole, & lowering the c/o then started punching & kicking harper while he was still hand cuff to the black gate.

4) while Plaintiff was screaming for help and telling them he can't breath he was uncuffed from the black gate still handcuffed behind his back, when bent, Hact, koronado, koronado, Garica Knight, All beat harper in his face busting his nosie, busting his upper & Lower Lip's chipping/breaking his front tooth, kicking Plaintiff while he was on the ground, snatching harper head back by pulling out his braid's ripping his hair from the top of his head while spraying him with more mace

in his face spraying the mace in his mouth to shut him up from the screaming.

(5) Plaintiff was yanked up off the ground by all the officers beating harper once the c/o Bent, c/o Hart, c/o Garica, c/o Kitchen, c/o Koranado, c/o Koronado, c/o knight, c/o Huston, c/o Hageim, All had harper standing Plaintiff was punched in the face, punched in the midstomach, Kicked in his butt hole and force A Jump suit, harper could not stand on his own from the beating As the c/o Bent, c/o Hart, held harper up while the others put the Jump suit over harper body covered in mace while he still was hand cuff behind his back. while morgan, Sgt John Doe, Hageim, Huston, stood and watch the Assault.

(6) Plaintiff was telling them he has asthma And bronchitis and he can't breath while the c/o Bent, c/o Hart, c/o Garica, c/o knight, c/o koronado, c/o koronado, c/o Hoston, c/o Hageim, c/o Kitchen, Sgt.          , And nurse Morgan All denied Plaintiff medical treatment refuse Plaintiff asthma medication and force Plaintiff to walk down steps toward 2-Gallery from 5-Gallery.

(7) Plaintiff was telling them hes in pain and need medical treatment As c/o Bent, & c/o Hart was taken harper down the steps harper was punched & kicked down the steps damageing his right leg knee, damage Left leg cave, damageing & breaking his middle finger on both left and right hand, busting his head, And upper & middle & Lower back Injuries, and his right side hip. busted elbow right a

(8) Plaintiff was then pick up by c/o Bent & c/o Hart And held up drag walking harper to the cell 221 N-2 unit on 2-Gallery on arrival at the cell hart held Plaintiff in the hallway while c/o Bent open cell 221, And took out All the bedding mattress, and force Plaintiff into the cell snatch harper arm's through the melt food slot Box slaming the melt slot door on harper arm many times cutting his right wrisk, once the cuff's were off Plaintiff went to try to risen the mace off his face & eyes only to find that c/o Bent, and c/o Hart turn/cut the water off in the cell of N-2 221, So harper tryed to sick his head in the toilet bowl as he could not see or breath when he did stick his face in the tolet it has bow movement & pee in the toliet harper pass

out do to shock and lack of air in his lung's for hours harper laid passed out on the cell floor with no medical treatment, No shower, to wash the mace off No working or running water in cell to help wash the mace off the clo Bent, + clo Hart, pushed out all plaintiff medication Asthma pump's, And throw them At him. At the cell door of N-2 221 2-Gallery see camera footage. and told him to die,

9), the correctional officer's All, clo Bent, clo Hart, clo Garica, clo Huster, clo Hezein, clo koronado, clo Koronado Yo kitchen, clo Knight, sgt_____, and nurse morgen, Left Plaintiff in N-2 cell 221, naked bleeding from busted head, busted face, broken bones, damaged leg's, hip, back, arm's elbow, and burning from O.C. Gas-Mace, covered in mace And blood, and was denied medical treatment for All said injuries listed herein, and denied shower's, food, + bedding, running water, for Month's on from April 3 24 til present, And told by clo Bent and Hart to die while Plaintiff Laid out suffering from the brutal assault that took place on April 3 2024.

10) Plaintiff states that while held/housed in north-2 housing unit on 2-Gallery cell 2-21, he has been asking for medical treatment for All his injuries, sustained on 4.3.24 and been denied such request everyday from the date's of 4/3/24 thru 4/16/24. thru out May and June without any medical treatment at All. see medical file/Records.

11) Plaintiff states that he continued seeking help through the medical sick call slip's to only be told by clo Bent that Plaintiff will never be seen And nurse morgen is his Girlfriend working in the health care unit and she will continue to trash Plaintiff request for help/sick call slip's everyday to health care medical unit, everyday from 4/3/24 thru 4/16/24 and 4/30/24 Plaintiff has turned in medical sick call slip's on paper Requesting for help to for his injuries he suffering from to only be denied, by clo Bent, and nurse morgen due by trashing Plaintiff request for help/medical treatment.

12) Plaintiff states that as of 4/3/24 thru 6/10/24 he has not only been denied medical care treatment by the said mentioned staff herein this complaint, but also deprived of his Shower's, food tray's, mail-incoming and outgoing, Grievance/complaint filing + Medical treatment by clo Bent that work's the 5-

day of 3 to 11 shift who cut's off Plaintiff water supply to the cell 2-21 N-2 2 Gellery everyday he comes to work, and refuse to feed plaintiff his food tray's everyday on 3 to 11 shift Alone with the other c/o mention who sit the food either on the floor or in the box of the door cell 221 with out allowing harper access to the food due to the back food slot is locked with a padlock.

(13) Plaintiff state that due to the harsh punishment and retaliation against him for fileing another law suit that is currently pending from a former assault that menard staff stood by and wate happed, Plaintiff filed A emergency Grievance on the matter of Assault that took place on 4/3/24 to only have his complaint trashed and not turned in, Plaintiff filed another emergency Grievance do to the harrassment and denied of medical treatment and pain that plaintiff has suffer from the Assault taken place on 4/3/24 Plaintiff had his neighbor file the emergency Grievance for him which was denied by warden Anthony Wills, Refuseing harper any help or medical care

(14) Plaintiff feared for his safety here At menard Correctional Center And filed an emergeency Injunction under the court of southern district of Illinois case #3:23-cv-00912-Spm Date 4/16/24 asking the court for help to stop the torture + seeking medical treatment for injuries85, Judge stephen P. McGlynn had case forward to Judge David w. Dugan due to the matter of case, and Grievance system refuseing to interven in the said action from 4/3/24 thru 4/16/24, Plaintiff was directed to file A complaint right away of A new case while Awaiting reply on forward Grievance. on April 30 2024 such case was filed.

(15) Plaintiff stat that warder Anthoney Wills denied his medical treatment request even after he seen that plaintiff was Assaulted on 4/3/24 and never recieved medical treatment and is suffering from the assault's injuries that he sustained from 4/3/24 as well as his staff clozent clottert nurse morgan All dening him medical treatment, And he Allow it to go on even after it was brought to his attention. via complaint/Grievance. fileing which he denied. due to retailetion of Harper current Lewsuit against him.

(Request for Relief)

16). The Plaintiff has exhausted his administrative remedies with respect to all claims and all defendants.

(Claims for Relief,)

17). The actions of defendants, Bent, Hart, Garica, Kitchen, Huston, Hagein, Koronado, Koronado, Knight, sgt. John Doe, Nurse Morgan Giacomo, in "Failuar to protect," Plaintiff from "brutal Assault," "Failuar to Prevent," and inciteing physical abuse, of "brutal Assault" on to Plaintiff, and "Failuar to intervene" and stop the "brutal Assault" on Plaintiff," in a timely manner, were done maliciously and sadistically and constituted cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution,

18). The actions of defendants, Bent, Hart, Garica, Kitchen, Huston, Hagein, Koronado, Koronado, Knight, sgt. John Doe, Nurse Morgan Giacomo, in inciteing physical abuse on Plaintiff without need or provocation constituted the tort of assault and battery under the Law of Illinois,

19). The failure of defendant, Anothony Wills, to take disciplinary or other action to curb the known pattern of physical abuse of correctional officer's, acting out of scope of the set polices rules and regulation set forth in (IDOC) Administrative Directives, in violently abusein inmates by defendants, Bent, Hart, Garica, Kitchen, Huston, Hagein, Koronado, Koronado, Knight, sgt. John Doe, Nurse Morgan Giacomo, by inciteing physical abuse of correctional officer's maliciously abuse/Assault on inmates due by retaliatiodel act's, constituted deliberate indifference to the Plaintiff and other prisoners' safety. and contributed to and proximately caused the above-described violation of Eighth Amendment rights and assault and battery.

(20) The Failure of defendants Anthoney Wills, Morgan Giacomo, Q.Bent, Z.Hart, D.Garica, Hustad, Hagein, _Koronado, _koronado, _kitchen, knight, sgt. John Doe, Refuseing to provide Plaintiff with medical treatment / medical care, from the physical assault, and failure to take plaintiff to health care medical treatment unit, after knowing Plaintiff has asthema and bronchitis, And has Just been brutally beating and excessivefully sprayed with Chemical agent oc -Gas-maze, that could cause death to Plaintiff due to his asthema and bronchitis, medical condiction, by disregourding Plaintiff health and safety by dening/depriveing him of medical care, and forceing him to unwanted pain and suffering by placeing him in a cell with out medical treatment, and Running and working water by cutting the pumbing water completely off forceing Plaintiff to suffer more, without medical treatment, or showers, constitutes deliberate indifference to Plaintiff serious medical needs in violation of the Eighth Amendment to the united States Constitution.

(21). The Failure of defendant's Anthoney Wills, Q.Bent, Z.Hart, D. Garica, Houstad, Hagein, _koronado, _koronedo, Knight, kitchen, Sgt. John Doe, Morgan Giacomo, Failure / Refuseing to obey by the set rules regulation, and policy set out in the Illinois (DOC) employee standard conduct manuel, as to the safety of inmates, and how to go by such, And Administrative Directive of who Supposed to have "chemical agent," and who not and how such use of force is suppose to go listed therein the 504/501 Use of force Administrative Directive policy rule and regulatic which All defendants continued to disregourd, constitutes deliberate indifference to Plaintiff serious health and safety and medical needs in violation of the Eighth Amendment to the United States Constitution.

## (Relief Requested)

WHEREFORE, Plaintiff requests that the court grant the following relief:

A). Award Compensatory damages in the following amounts:

1). $ 5,950.00 jointly and severally against defendants:,
Anthoney Wills, Quinton Bent, Zachary Hart, Morgan Giacomo, Daivd Garica, _ Kitchen, _ Huston, _ Hagein, _ Koronado, _ Koronado, _ Knight, Sgt. John Doe, for the vidation and disregaurd for Plaintiff of health and safety and dening medical care treatment, and the physical and emotional injuries resulting from the brulal assault by prison gaurds at menard Correctional Center and their failure to provide adequate medical care to Plaintiff and the pain and suffering brought onto Plaintiff due by recklessly disregaurd for the set rules & regulation held in Administration Directive and Policy. that allowed the said mentiou correctional officer to cause the injuries Plaintiff sustained as a result from the brutal Assault /beating cause on to Plaintiff.

2). $ 5,950.00 jointly and severally against defendants. Anthoney Wills, Quinton Bent, Zachary Hart, Morgan Giacomo, David Garica, _Kitchen, _Houston, _Hagein, _Koronado, _Koronado, _Knight, Sgt. John Doe, for the physical and emotional injuries resulting from their failure to provide adequate medical care medical/treatment to Plaintiff.

B). Award Punitive damages in the following amounts:
1) $450,000.°° each against defendants.
Anthoney Wills, Quinton Bent, Zachary Hart, Morgan Giacomo, David Garica, _Kitchen_ Houston, _Hagein, _Koronado, _Koronado, _knight, Sgt. John Doe, for their act of dening medical treatment and act of unwanted pain cause on to Plaintiff pain & suffering.

2). $ 450,000.°° each against defendants.
Quinton Bent, Zachary Hart, David Garica, _kitchen, _Koronado, Koronado, _knight, for their act in phsypical assaulting Plaintiff.

F). Grant such other relief as it may appear to Honoble Court that Plaintiff is entitled.

9/18/24

Date: 9/18/24

Respectfully Submitted,
Mr. Eazs A. Harper #B83567
Mr. Eazs A. Harper
711 E. Kaskaskia st./POB 1000
Menard Il. 62259

Certificate of Service

I certify that a copy of this Civil Complaint, was mailed via, E/Filed to the southern District Court of Illinois Clerk of Court for the Defendants listed herein this Complaint, on 9/18/24

Date: 9/18/24

Respectfully Submitted,
Mr. Eazs A. Harper #B83567
Mr. Eazs A. Harper
711 E. Kaskaskia st./POB 1000
Menard Il. 62259